**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03377-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

DWIGHT A. CARR, and
DEBORAH A. STEVENS-CARR,

     Plaintiff,

v.

US BANK NORTH AMERICA,
OCWEN LOAN SERVICING, LLC, and
VADEN LAW FIRM, Attorneys for the Defendants,

     Defendants.

---

**ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCY**

---

Plaintiffs have submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a "Complaint and Jury Demand."  As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order.  Plaintiffs will be directed to cure the following if they wishes to pursue their claims.  Any papers that the Plaintiffs file in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)  _X_   is not submitted: each Plaintiff must submit an individual § 1915 motion.
(2)  ___   is not on proper form (must use the court's current form)
(3)  ___   is missing original signature by Plaintiffs
(4)  ___   is missing affidavit
(5)  ___   affidavit is incomplete
(6)  ___   affidavit is not notarized or is not properly notarized
(7)  ___   names in caption do not match names in caption of complaint, petition or

|      |        | application |
|------|--------|-------------|
| (8)  |   X    | other: Motions are necessary only if $350.00 filing fee is not paid in advance. |

**Complaint or Petition**:
(9)    __     is not submitted
(10)   __     is not on proper form (must use the court's current form)
(11)   __     is missing an original signature by the Plaintiffs
(12)   __     is incomplete
(13)   __     uses et al. instead of listing all parties in caption
(14)   __     names in caption do not match names in text
(15)   __     addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)   __     other _____

Accordingly, it is

ORDERED that the Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiffs shall *each* obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiffs fail to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED January 5, 2012, at Denver, Colorado.

                                           BY THE COURT:

                                           s/ Boyd N. Boland
                                           United States Magistrate Judge