**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 11-cv-03377-RM

DWIGHT A. CARR, and
DEBORAH A. STEVENS-CARR,

      Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC,

      Defendant.

---

**ORDER DISMISSING PLAINTIFF DWIGHT A. CARR
AND DISCHARGING ORDER TO SHOW CAUSE (ECF NO. 38)**

---

      Upon consideration of Plaintiff Deborah A. Stevens-Carr's Response (ECF No. 39) to this Court's Order to Show Cause entered on May 30, 2013 (ECF No. 38), it is

      ORDERED that Plaintiff Dwight A. Carr (deceased) is DISMISSED and the Order to Show Cause (ECF No. 38) is DISCHARGED.

      DATED: June 7, 2013.

      BY THE COURT:

_____
Raymond P. Moore
United States District Judge