# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 11-cv-03377-RM-BNB

DEBORAH A. STEVENS-CARR,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

    Defendant.

## ORDER TO STAY AND ADMINISTRATIVELY CLOSE CASE (ECF NO. 51)

THIS MATTER comes before the Court on the parties' "Joint and Unopposed Motion to Administratively Close Case Pursuant to D.C.COLO.LCivR 41.2" ("Motion") (ECF No. 51). In the Motion, the parties represented they are engaged in settlement discussions and working to resolve this case but require several weeks to effectuate any settlement, including the potential short sale of the property at issue. The parties represented the length of this process is uncertain. However, there is a three-day jury trial set for November 12, 2013, a trial preparation conference scheduled for October 10, 2013, and a dispositive motion deadline of August 30, 2013. Accordingly, the parties request this Court to close this case administratively, subject to reopening for good cause upon motion filed by the parties; to stay all pending deadlines; and to allow new deadlines to be set should the parties be unable to resolve this case. The parties agree to file a joint status report with the Court every 30 days. Based on the foregoing, the Court finds the parties' request is reasonable and appropriate. Accordingly, it is

    **ORDERED** that the parties' Motion is hereby **GRANTED**; it is

**FURTHER ORDERED** that this matter and all deadlines are **STAYED** to allow the parties to time to resolve their dispute, including the potential short sale of the property at issue; it is

**FURTHER ORDERED** that since the length of the process of a potential short sale of the property, or effectuating an alternative settlement, is uncertain, this matter is **ADMINISTRATIVELY CLOSED** pursuant to D.C.COLO.LCivR. 41.2 with leave to be reopened upon motion filed for good cause shown; and it is

**FURTHER ORDERED** that the parties shall file a joint status report with the Court every 30 days from the date of this Order until the case is settled, reopened for good cause shown, or otherwise ordered by the Court.

DATED this 26th day of August, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge